S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@AlvaradoSmith.com
JACOB M. CLARK (CA Bar No. 266630)
jclark@AlvaradoSmith.com
ALVARADOSMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel:  (714) 852-6800
Fax: (714) 852-6899

Anderson J. Duff (*pro hac vice* to be filed)
Anderson@revisionlegal.com
Revision Legal, PLLC
244 Fifth Avenue Suite 2230
New York, New York 10001
(Tel) (212) 996.4103
(Fax)(212) 996.5863


Attorneys for Plaintiff
WATER FOR LIVING, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WATER FOR LIVING, LLC, a Delaware Limited Liability Company, <br><br> Plaintiff, <br><br> v. <br><br> GFORCE CORPORATION d/b/a DFX SPORTS & FITNESS LLC, a Nevada corporation; CENTURY TREE SERVICE, INC., a California corporation; and TOM SMITH, an individual in California, <br><br> Defendants. | CASE NO.: <br><br> **COMPLAINT FOR:** <br><br> **(1) COPYRIGHT INFRINGEMENT** <br> **(2) FALSE ADVERTISING** <br> **(3) UNFAIR BUSINESS PRACTICES (Cal. Bus. & Prof. Code § 17200)** <br> **(4) UNFAIR COMPETITION (15 U.S.C. § 1125)** <br> **(5) TRADEMARK INFRINGEMENT (15 U.S.C. § 1114)** <br> **(6) TRADEMARK INFRINGEMENT (15 U.S.C. § 1125(a))** <br> **(7) TRADEMARK DILUTION (Cal. Bus. & Prof. Code § 14247(a))** <br> **(8) CIVIL CONSPIRACY** <br><br> **DEMAND FOR JURY** |

ALVARADOSMITH
A PROFESSIONAL CORPORATION
SANTA ANA

Plaintiff Water for Living, LLC ("Plaintiff" or "Water"), on information and belief, alleges as follows:

## PARTIES

1.    Plaintiff is a limited liability company organized under the laws of the state of Delaware with its principal place of business at 705 E. Harrison St., Ste. 1, Corona, California 92879.

2.    Plaintiff manufactures and sells goods in the health and wellness space with a focus on consumable goods containing cannabidiol ("CBD") isolate.

3.    Plaintiff is informed, and believes, and thereon alleges that Defendant Gforce Corporation ("Gforce") is a corporation organized under the laws of the state of Nevada doing business as DFX Sports & Fitness LLC with offices at 1144 N. Grove St., Anaheim, California 92806.

4.    Plaintiff is informed, and believes, and thereon alleges that Defendant Tom Smith ("Smith") is an individual residing in California with offices at 1144 N. Grove St., Anaheim, California 92806.

5.    Plaintiff is informed, and believes, and thereon alleges that Defendant Century Tree Service, Inc. ("Century") is a corporation organized under the laws of the state of California with offices at 1144 N. Grove St., Anaheim, California 92806.

6.    Plaintiff is informed, and believes, and thereon alleges that Gforce, Smith, Century, or some combination thereof own and operate the website at *www.crbtools.com*.

7.    Plaintiff is informed, and believes, and thereon alleges that Smith is a managing member and director of Gforce and Century.

8.    Hereinafter, Gforce, Century, and Smith are referred to collectively as "Defendants."

9.    At all times relevant, each of the Defendants named in this complaint was the agent, employee and/or representative of each other, and in doing the actions herein set forth, did so with the knowledge and consent of each of the other

ALVARADOSMITH
A PROFESSIONAL CORPORATION
SANTA ANA

4806352.1 -- N1702.3

1  Defendants.

2  ## JURISDICTION AND VENUE

3      10.     This is a civil action arising from Defendants': willful and intentional

4  copying of Plaintiff's copyrighted works; false advertising that willfully misled

5  consumers into fraudulent transactions that damaged Plaintiff's reputation; willful

6  infringement of Plaintiff's trademarks; and unfair business practices used to compete

7  with Plaintiff in the marketplace.

8      11.     Plaintiff's causes of action arise under the Copyright Act, 17 U.S.C. §

9  101, *et seq.*, Lanham Act, 15 U.S.C. § 1051, *et seq.*, California common law, and Cal.

10  Bus. & Prof. Code § 17200.

11      12.     This Court has original subject matter jurisdiction over Plaintiff's federal

12  claims pursuant to 28 U.S.C. §§ 1331, 1338(a) and (b), and 1367; and 15 U.S.C. §§

13  1116 and 1121.

14      13.     This Court has pendant, ancillary, and/or supplemental jurisdiction over

15  Plaintiff's claims arising under state law pursuant to 28 U.S.C. § 1367 because such

16  claims are so closely related that they form part of the same case or controversy.

17      14.     Plaintiff sells its health and wellness products within this judicial district.

18      15.     Defendants and each of them offer health and wellness goods and

19  services within this judicial district.

20      16.     Plaintiff's causes of action arise out of Defendants' activities

21  purposefully aimed at this judicial district, and Defendants' acts and the resulting

22  consequences have a substantial connection to this judicial district such that the

23  exercise of jurisdiction is reasonable. The exercise of jurisdiction over Defendants

24  does not offend traditional notions of fair play and substantial justice.

25      17.     This Court has personal jurisdiction over Defendants in that they transact

26  business in California and within this judicial district.

27      18.     Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391 in

28  that Defendants are entities or individuals subject to personal jurisdiction in this

ALVARADOSMITH
A PROFESSIONAL CORPORATION
SANTA ANA

4806352.1 -- N1702.3

1    judicial district.

## **GENERAL ALLEGATIONS**

Plaintiff's Business:

19.    Plaintiff is an industry leader in the field of cannabidiol ("CBD") extracts and related goods that operates throughout the United States with its headquarters in California.

20.    Plaintiff's health and wellness products meant for human consumption or topical are created using CBD that is 99.5 percent pure CBD derived from the hemp plant. Plaintiff's CBD has no psychoactive effects but interacts with a consumer's endo-cannabinoid system to provide health and wellness.

21.    Plaintiff's health and wellness goods are created using proprietary formulations and are not available from any other source.

22.    Consumers use Plaintiff's high-quality CBD goods to treat a variety of symptoms.

23.    Plaintiff operates an interactive website at *cbdliving.com* that features numerous original photographs of Plaintiff's products and other original creative works ("Plaintiff's Website").

24.    Plaintiff created Plaintiff's Website in 2018.

25.    Plaintiff owns federal copyright Registration No. TXu 2-143-107 for the text, photographs, and the selection and arrangement of the elements appearing on Plaintiff's Website.

26.    Plaintiff owns federal copyright Registration No. VAu 1-356-891 for two hundred eighty-six (286) photographs that appear on Plaintiff's Website.

27.    Plaintiff's above-mentioned federal copyright registrations are referred to collectively as "Plaintiff's Copyright Registrations." True and correct copies of the certificates of registration issued by the Copyright Office are attached hereto as **Exhibit A**.

28.    Plaintiff owns federal trademark application Serial No. 88/271,195 for

ALVARADOSMITH
A PROFESSIONAL CORPORATION
SANTA ANA

4806352.1 -- N1702.3

1  CBD LIVING & Design for a variety of health and wellness products and has used

2  CBD LIVING & Design continuously and substantially exclusively since at least as

3  early as November 15, 2015.

4    29. Plaintiff owns federal trademark application Serial No. 88/383,269 for

5  LIVING & Design for a variety of health and wellness products and has used LIVING

6  & Design continuously and substantially exclusively since at least as early as March

7  25, 2018.

8    30. Plaintiff owns federal trademark Registration No. 5,473,522 for LIVING

9  & Design for athletic apparel and has used LIVING & Design for such goods

10 continuously and substantially exclusively since at least as early as April 18, 2017.

11   31. Plaintiff has used CBD LIVING as a trademark for a variety of health

12 and wellness goods and services continuously and substantially exclusively since at

13 least as early as November 15, 2015.

14   32. Plaintiff has used CBDLIVING.COM as a trademark for a variety of

15 goods and services continuously and substantially exclusively since at least as early as

16 March 25, 2018.

17   33. The trademarks referenced above are referred to herein collectively as

18 "Plaintiff's Trademarks."

19   34. Plaintiff has used each of Plaintiff's Trademarks throughout the United

20 States and has spent a significant amount of time and energy developing the goodwill

21 associated with each trademark.

22   35. Plaintiff owns common law rights to each of Plaintiff's Trademarks

23 throughout the United States.

24   36. In December 2018, Plaintiff considered entering into a non-exclusive

25 distribution agreement with Smith's adult children operating as Pure Body Logix that

26 would have allowed Smith's children to sell Plaintiff's goods to their then current

27 retail and wholesale customers.

28   37. Plaintiff and Smith's children were unable to reach an agreement.

ALVARADOSMITH
A PROFESSIONAL CORPORATION
SANTA ANA

4806352.1 -- N1702.3

ALVARADOSMITH
A PROFESSIONAL CORPORATION
SANTA ANA

Defendants' Unlawful Actions:

38.     On or about May 1, 2018, Plaintiff discovered that Smith had registered the domain *nautralcbdliving.com*.

39.     Upon information and belief, Plaintiff alleges that Defendants worked together to create the website appearing at *naturalcbdliving.com*.

40.     The email address listed as the "registrant email" for *naturalcbdliving.com* is lisa@crbtools.com.

41.     At least as early as April 3, 2019 and as of the filing date of this Complaint, *naturalcbdliving.com/landing* featured a page showing a photograph of several of Plaintiff's products.

42.     At least as early as April 3, 2019 and as of the filing date of this Complaint, *naturalcbdliving.com/living* featured an interactive e-commerce webpage using Plaintiff's copyrighted photographs and layout to offer Plaintiff's health and wellness products for sale to consumers at retail. A true and correct copy of a portion of this interactive e-commerce website is attached hereto as **Exhibit B**.

43.     The "About Us" section of the website appearing at *naturalcbdliving.com* contains images and text copied directly from Plaintiff's Website, including text that states "[f]irst established in 2013 and headquartered in Corona, California, CBD Living has a global reach . . ." and "CBD Living offers a vast array of products to meet different preferences and lifestyles." The "About Us" section described above prominently displays the following logo:  NATURAL**CBDLIVING** ALL NATURAL CBD PRODUCTS
The footer of the "About Us" section described above contains a copyright notice reading "©2018 Natural CBD Living." A true and correct copy of the "About Us" webpage as it appeared on May 24, 2019 is attached hereto as **Exhibit C**.

44.     On April 3, 2019, a representative for Plaintiff placed an order for one of Plaintiff's goods using Defendants' interactive e-commerce website at *naturalcbdliving.com/living* and was charged twelve dollars and ninety-nine cents ($12.99). The merchant name listed with the representative's bank records for this

1    charge was "Century Products." Such goods were never received.

2         45.    On March 29, 2019, Plaintiff's counsel mailed a letter to "DFX Sports

3    and Fitness LLC, 1144 N. Grove Street, Anaheim, California 92806," notifying

4    Defendant Gforce of Plaintiff's rights and the infringing works appearing at

5    *naturalcbdliving.com*.

6         46.    Counsel for Gforce responded with an April 12, 2019 letter stating that

7    "[t]o test market value and prepare for promotion of [Plaintiff's] products, an

8    advertising display was created for the DFX product website . . . ." Counsel for Gforce

9    and Pure Body incorrectly asserted that the advertising displays on the website were

10   created with Plaintiff's consent and stated that the website had yielded no sales. This

11   letter stated that "[t]he promotions will be removed within 10 days of the date of this

12   letter." The letter also stated that Smith owns *naturalcbdliving.com*, and they did not

13   represent Smith.

14        47.    On April 16, 2019, Plaintiff's counsel sent a letter to "Tom Smith, 1144

15   N. Grove Street, Anaheim, California 92806, info@mydfxpro.com" informing Smith

16   of Plaintiff's rights and the Defendants' infringing activity. This letter also notified

17   Defendants of at least one test purchase from *naturalcbdliving.com* and requested a

18   refund.

19        48.    On May 7, 2019, a representative for Plaintiff placed an order for

20   Plaintiff's "Living Sour Gummies" using Defendants' interactive e-commerce website

21   at *naturalcbdliving.com/living* and was charged forty dollars ($47) including a

22   payment for shipping. Plaintiff's representative received email receipts for this

23   transaction from "Century Products - <diana@crbtools.com>" and

24   sales@naturalcbdliving.com. Such goods were never received.

25        49.    On May 10, 2019, Plaintiff's counsel sent a second letter to counsel for

26   Gforce informing them of test purchases from the infringing website at

27   *naturalcbdliving.com*. No response was received.

28        50.    Additional test purchases of Plaintiff's goods from Defendants' website

ALVARADOSMITH
A PROFESSIONAL CORPORATION
SANTA ANA

7
**COMPLAINT**

1   at *naturalcbdliving.com* resulted in charges with no products received.

2       51.    At least as early as April 1, 2019 and as of the filing date of this

3   Complaint, Gforce's website at *mydfxpro.com/new-products* featured Plaintiff's

4   copyrighted photographs of Plaintiff's health and wellness goods in connection with

5   NATURAL CBD LIVING and a button to click for purchase with a disclaimer stating

6   "Clicking this button will open the Natural CBD Site." A true and correct copy of this

7   webpage is attached hereto as **Exhibit D**.

8       52.    Upon information and belief, Defendants willfully and intentionally

9   worked together to create a functional copy of Plaintiff's Website at

10  *naturalcbdliving.com* offering Plaintiff's goods for sale knowing that Defendants

11  would never deliver any products ordered through the infringing website.

12      53.    Defendants' copying of Plaintiff's Website and several photographs

13  appearing there constitutes willful copyright infringement.

14      54.    Defendants' use of NATURAL CBD LIVING and

15  NATURALCBDLIVING & Design in connection with Defendants' infringing copy

16  of Plaintiff's Website creates a significant likelihood that consumers will mistakenly

17  believe that Defendants are affiliated with Plaintiff or are authorized distributors of

18  Plaintiff's product when they are not.

19      55.    Upon information and belief, Defendants intentionally selected and

20  began using NATURAL CBD LIVING and variations thereon to freeride on the

21  goodwill associated with Plaintiff's Trademarks.

22      56.    Defendants' aforementioned conduct infringes upon Plaintiff's

23  Trademarks and constitutes trademark infringement and counterfeiting under the

24  Lanham Act.

25      57.    As a direct result of Defendants' aforementioned acts, Plaintiff suffered

26  monetary loss and disruption to its business as well as irreparable harm to its

27  reputation.

28      58.    As of the filing date of this Complaint, Defendants continue to willfully

ALVARADOSMITH
A PROFESSIONAL CORPORATION
SANTA ANA

4806352.1 -- N1702.3

1  infringe upon Plaintiff's rights and, upon information and belief, continue to accept
2  money for goods they know they will not deliver.

### FIRST CAUSE OF ACTION

### (Copyright Infringement

### Against All Defendants)

6      59.    Plaintiff re-pleads, re-alleges and incorporates herein by this reference
7  each and every allegation contained in paragraphs 1 through 58, inclusive as though
8  fully set forth herein.

9      60.    Plaintiff owns federal copyright Registration No. TXu 2-143-107 for the
10  content and layout of Plaintiff's Website.

11      61.    Plaintiff owns federal copyright Registration No. VAu 1-356-891 for two
12  hundred eighty-six (286) photographs, many of which feature Plaintiff's goods.

13      62.    Defendants intentionally copied Plaintiff's website and used Plaintiff's
14  photographs to create a functional e-commerce website at *naturalcbdliving.com* that is
15  a copy of Plaintiff's Website.

16      63.    The website appearing at *naturalcbdliving.com* copies the layout,
17  arrangement of facts, selection of facts, and overall creative expression of Plaintiff's
18  Website.

19      64.    Defendants intentionally used Plaintiff's copyrighted photographs in
20  marketing materials that directed consumers to the infringing copy of Plaintiff's
21  Website at *naturalcbdliving.com*.

22      65.    Despite ample notice of Defendants' infringing activity, Defendants
23  continue to willfully infringe upon Plaintiff's copyrights.

24      66.    Defendants' actions constitute copyright infringement pursuant to 17
25  U.S.C. § 501.

26      67.    Defendants' infringement of Plaintiff's copyrights was committed
27  willfully.

28      68.    Plaintiff is entitled to actual damages and Defendants' profits, or

ALVARADOSMITH
A PROFESSIONAL CORPORATION
SANTA ANA

4806352.1 -- N1702.3

1   statutory damages pursuant to 17 U.S.C. § 504, whichever is greater.

2       69.     Plaintiff is entitled to a separate award of damages for each of the

3   photographs listed in federal copyright Registration No. VAu 1-356-891 that

4   Defendants copied and used.

5       70.     Plaintiff is entitled to its costs and attorney fees pursuant to 17 U.S.C. §

6   505.

7                    **SECOND CAUSE OF ACTION**

8              **(False Advertising -15 U.S.C. § 1125**

9                        **against All Defendants)**

10      71.     Plaintiff re-pleads, re-alleges and incorporates herein by this reference

11  each and every allegation contained in paragraphs 1 through 70, inclusive as though

12  fully set forth herein.

13      72.     Defendants interactive e-commerce website at *naturalcbdliving.com* and

14  marketing materials directed consumers to that infringing website offer Plaintiff's

15  products for sale and accept consumers' money.

16      73.     Defendants accept money from consumers but do not ship any products

17  ordered through *naturalcbdliving.com*.

18      74.     Several statements included on Defendants' infringing website are

19  expressly false because they describe Plaintiff's trademark and not any of the

20  Defendants.

21      75.     Defendants' false statements of fact were used in commercial

22  advertisements and deceived or were likely to deceive consumers in a material way as

23  to the affiliation, connection or association of Defendants with Plaintiff and/or as to

24  the origin, sponsorship or approval of Defendants' goods or services or commercial

25  activities.

26      76.     Defendants' false statements of fact were used in interstate commerce

27  and through an online interactive website aimed at consumers throughout the United

28  States.

ALVARADOSMITH
A PROFESSIONAL CORPORATION
SANTA ANA

4806352.1 -- N1702.3

77.     Defendants' false statements of fact caused or are likely to cause Plaintiff competitive or commercial injury.

78.     Defendants are liable for false advertising under the Lanham Act.

79.     Defendants' aforementioned false statements were made willfully and in bad faith.

80.     Defendants are liable for up to three times Plaintiff's damages, Defendants' profits, and the costs of this action pursuant to 15 U.S.C. § 1117(a).

### THIRD CAUSE OF ACTION

### (Unfair Business Practices - Cal. Bus. & Prof. Code § 17200

### Against All Defendants)

81.     Plaintiff re-pleads, re-alleges and incorporates herein by this reference each and every allegation contained in paragraphs 1 through 80, inclusive as though fully set forth herein.

82.     Defendants' conduct as alleged herein constitutes unlawful, unfair, or fraudulent business acts or practices in violation of California Business and Professions Code § 17200 *et seq.*

83.     Defendants' wrongful conduct, as alleged above, has permitted and will permit them to make substantial sales and profits on the strength of Plaintiff's nationwide marketing, advertising, sales and consumer recognition. As a direct and proximate result of Defendants' wrongful conduct, as alleged herein, Plaintiff has been and will be deprived of substantial sales  of its products in an amount as yet unknown but to be determined at trial, and has been and will be deprived of the value of its trademarks as commercial assets, in an amount as yet unknown  but to be determined at trial. Plaintiff seeks restitution in this matter, including an order granting Defendants' profits stemming from their infringing activity, and Plaintiff's actual out of pocket loss from loss of sales and its products due to Defendants' wrongful conduct.

84.     Plaintiff has no adequate remedy at law for Defendants' continuing

ALVARADOSMITH
A PROFESSIONAL CORPORATION
SANTA ANA

4806352.1 -- N1702.3

1  violation of its rights set forth above. Plaintiff seeks injunctive relief, including but not

2  limited to preliminary relief.

3      85.  Plaintiff further requests a court order that an asset freeze or constructive

4  trust be imposed over all monies in Defendants' possession that rightfully belong to

5  Plaintiff.

6  ## FOURTH CAUSE OF ACTION

7  ### (Federal Unfair Competition – 15 U.S.C. § 1125(a)

8  ### Against All Defendants)

9      86.  Plaintiff re-pleads, re-alleges and incorporates herein by this reference

10  each and every allegation contained in paragraphs 1 through 85, inclusive as though

11  fully set forth herein.

12      87.  Defendants willfully used Plaintiff's trademarks on the website appearing

13  at *naturalcbdliving.com* and in other marketing materials to falsely create an

14  association between Defendants and Plaintiff, and Defendants' use of Plaintiffs

15  Trademarks as described above is intended to, and is likely to, cause consumer

16  confusion.

17      88.  By misappropriating Plaintiff's copyrighted website, photographs, and

18  Plaintiff's Trademarks, Defendants intentionally attempted to freeride on the goodwill

19  associated with Plaintiff's Trademarks.

20      89.  Plaintiff will have no adequate remedy at law and will continue to suffer

21  irreparable harm to its reputation if Defendants' activities are not enjoined.

22      90.  As a direct result of Defendants' unlawful activities described above,

23  Plaintiff has suffered monetary damage in an amount to be determined at trial.

24  ## FIFTH CAUSE OF ACTION

25  ### (Trademark Infringement – 15 U.S.C. § 1114

26  ### against All Defendants)

27      91.  Plaintiff re-pleads, re-alleges and incorporates herein by this reference

28  each and every allegation contained in paragraphs 1 through 90, inclusive as though

ALVARADOSMITH
A PROFESSIONAL CORPORATION
SANTA ANA

4806352.1 -- N1702.3

1  fully set forth herein.

2      92.   Plaintiff owns all rights, title, and interest in and to Plaintiff's Marks.

3      93.   Defendants have, without Plaintiff's permission, used each of Plaintiff's

4  Trademarks in interstate commerce in a manner that is likely to cause confusion or

5  mistake or deceive purchasers and/or cause consumers to mistakenly believe that there

6  is an affiliation, connection, approval, sponsorship, or association between Plaintiff

7  and/or its goods, services, and commercial activities, on the one hand, and Defendants

8  and/or Defendants' respective goods, services, or commercial activities, on the other.

9      94.   Defendants' aforementioned actions constitute counterfeiting of

10  Plaintiff's Trademarks that are federally registered under 15 U.S.C. § 1114.

11      95.   As a direct and proximate result of the Defendants' wrongful acts,

12  Plaintiff has suffered and continues to suffer and/or is likely to suffer damage to its

13  trademarks, business reputation, and goodwill.

14      96.   Unless restrained, Defendants will continue to use Plaintiff's Marks, or

15  marks confusingly similar thereto, and will continue causing Plaintiff irreparable

16  injury.

17      97.   Plaintiff has no adequate remedy at law and is entitled to an injunction

18  restraining Defendants, their respective officers, agents, and employees, and all

19  persons acting in concert with Defendants, from engaging in further acts of

20  infringement.

21      98.   Plaintiff is entitled to recover actual damages that it has sustained and/or

22  is likely to sustain as a result of Defendants' wrongful act.

23      99.   Plaintiff is entitled to recover any gains, profits, and advantages that

24  Defendants have obtained as a result of their wrongful acts.

25      100.   Because Defendants' wrongful acts were willful, Plaintiff is entitled to an

26  award of exemplary damages at common law as well as treble damages, costs, and

27  reasonable attorneys' fees under 15 U.S.C. § 1117.

28      101.   At any time before final judgment is rendered by the Court, Plaintiff is

ALVARADOSMITH
A PROFESSIONAL CORPORATION
SANTA ANA

4806352.1 -- N1702.3

1   entitled to elect to recover, instead of actual damages and profits, an award of

2   statutory damages of up to two million dollars ($2,000,000) per mark per type of

3   goods or services sold, offered for sale, or distributed.

### SIXTH CAUSE OF ACTION

### (Federal Common Law Trademark Infringement – 15 U.S.C. § 1125(a)

### Against All Defendants)

7   102.   Plaintiff re-pleads, re-alleges and incorporates herein by this reference

8   each and every allegation contained in paragraphs 1 through 101, inclusive as though

9   fully set forth herein.

10   103.   Defendants' unlawful use of Plaintiff's Marks constitutes trademark

11   infringement under 15 U.S.C. § 1125(a).

12   104.   Defendants' use of NATURALCBDLIVING and any variation thereof in

13   connection with health and wellness goods and services constitutes trademark

14   infringement under 15 U.S.C. § 1125(a).

15   105.   Defendants' use of NATURALCBDLIVING and variations thereof in

16   connection with the website appearing at *naturalcbdliving.com/living*, which

17   Defendants created as a copy of Plaintiff's Website, significantly increased the risk of

18   consumer confusion and requires Defendants to select a new mark that is wholly

19   dissimilar to any of Plaintiff's Marks.

20   106.   As a direct and proximate result of the Defendants' wrongful acts,

21   Plaintiff has suffered and continues to suffer and/or is likely to suffer damage to its

22   trademarks, business reputation, and goodwill.

23   107.   Unless restrained, Defendants will continue to use Plaintiff's Marks, or

24   marks confusingly similar thereto, and will continue causing Plaintiff irreparable

25   injury.

26   108.   Plaintiff has no adequate remedy at law and is entitled to an injunction

27   restraining Defendants, their respective officers, agents, and employees, and all

28   persons acting in concert with Defendants, from engaging in further acts of

ALVARADOSMITH
A PROFESSIONAL CORPORATION
SANTA ANA

4806352.1 -- N1702.3

1  infringement.

2      109.   Plaintiff is entitled to recover actual damages that it has sustained and/or

3  is likely to sustain as a result of Defendants' wrongful act.

4      110.   Plaintiff is entitled to recover any gains, profits, and advantages that

5  Defendants have obtained as a result of their wrongful acts.

6      111.   Because Defendants' wrongful acts were willful, Plaintiff is entitled to an

7  award of exemplary damages at common law as well as treble damages, costs, and

8  reasonable attorneys' fees under 15 U.S.C. § 1117.

9                    **SEVENTH CAUSE OF ACTION**

10  **(California Trademark Dilution – Cal. Bus. & Prof. Code § 14247(a) Against All**

11                              **Defendants)**

12      112.   Plaintiff re-pleads, re-alleges and incorporates herein by this reference

13  each and every allegation contained in paragraphs 1 through 111, inclusive as though

14  fully set forth herein.

15      113.   Each of Plaintiff's Trademarks is widely recognized by the general

16  consuming public in California as a designation of source for Plaintiff's goods and

17  services.

18      114.   Each of Plaintiff's Trademarks is famous and distinct in, at least, Orange

19  County, Riverside County, and Los Angeles County, all in California.

20      115.   Each of Plaintiff's Trademarks were famous and distinct in, at least,

21  Orange County, Riverside County, and Los Angeles County, all in California, prior to

22  the date on which Defendants unlawfully used and diluted Plaintiff's Trademarks.

23      116.   Each of Plaintiff's Trademarks continues to be famous and distinct

24  throughout California as Plaintiff continues to strengthen its presence in key

25  California markets with, in party, an increasingly sophisticated e-commerce website,

26  more robust distribution networks, and the introduction of new product lines, all

27  aimed at consumers throughout California.

28      117.   The acts of Defendants recited herein dilute each of Plaintiff's

ALVARADOSMITH
A PROFESSIONAL CORPORATION
SANTA ANA

1  Trademarks in the State of California and, as such, violate California Business &

2  Professions Code § 14247 giving rise to a state law claim for dilution.

3      118.  Defendants' unlawful acts as stated herein have caused irreparable harm

4  to Plaintiff and will continue to cause further irreparable harm unless Defendants are

5  enjoined by this Court.

6      119.  Defendants' unlawful acts as stated herein have damaged Plaintiff in an

7  amount according to proof.

## EIGHTH CAUSE OF ACTION

### (Conspiracy Against All Defendants)

10     120.  Plaintiff re-pleads, re-alleges and incorporates herein by this reference

11 each and every allegation contained in paragraphs 1 through 119, inclusive as though

12 fully set forth herein.

13     121.  As alleged above, Defendants intentionally and maliciously agreed to

14 cooperate in, and did cooperate in, a scheme to defraud consumers by infringing upon

15 Plaintiff's rights and unfairly competing with Plaintiff.

16     122.  In furtherance of this conspiracy, Defendants' at least copied Plaintiff's

17 website, selected a trademark intending to cause consumer confusion, promoted their

18 infringing website at *mydfxpro.com* and *naturalcbdliving.com*, and set up e-commerce

19 payment tools through *www.crbtools.com* to fraudulently process credit cards.

20     123.  Defendants have profited from their fraudulent misrepresentations,

21 infringing activity, and other unlawful actions.

22     124.  As a direct result of Defendants' conspiracy as set forth herein, Water has

23 been damaged and is entitled to recover damages in an amount which shall be proved

24 at trial.

25     125.  Defendants' actions and the injuries inflicted upon Water as set forth

26 herein entitle Water to a recovery of punitive damages against Defendants in an

27 amount to be determined at trial.

28     WHEREFORE, Plaintiff prays for judgment as follows:

ALVARADOSMITH
A PROFESSIONAL CORPORATION
SANTA ANA

1.     As to the Third Cause of Action, for disgorgement of all gains, profits, and advantages derived by Defendants from their fraudulent activities described above;

2.     As to the First, Second, Fourth, Fifth, Sixth, Seventh and Eight Causes of Action, for compensatory damages in an amount to be determined at trial but no less than $500,000;

3.     As to the Second, Fifth, and Sixth Causes of Action, for treble damages;

4.     As to the Fifth, Sixth, and Eighth Causes of Action, for punitive/exemplary damages;

5.     Injunctive relief barring Defendants from future infringement;

6.     Injunctive relief barring Defendants from using NATURALCBDLIVING or any confusingly similar variation thereof as a trademark in connection with any hell and wellness goods or services;

7.     Plaintiff's costs and expenses;

8.     Plaintiff's reasonable attorneys' fees;

9.     Prejudgment interest at the maximum legal rate; and

10.    Such other relief as the Court may deem proper.

DATED: August 14, 2019                    ALVARADOSMITH
                                          A Professional Corporation


                                          By:  /s/ S. Christopher Yoo
                                          S. CHRISTOPHER YOO
                                          JACOB M. CLARK
                                          Attorneys for Plaintiff
                                          WATER FOR LIVING. LLC

1

2                                   **<u>Demand for Jury Trial</u>**

3          Plaintiff hereby demands a trial by jury on all issues and claims raised in its

4    Complaint that are triable by jury.

5

6

7    DATED:  August 14, 2019                ALVARADOSMITH
                                            A Professional Corporation
8

9
                                           By:  /s/ S. Christopher Yoo
10                                               S. CHRISTOPHER YOO
                                                 JACOB M. CLARK
11                                               Attorneys for Plaintiff
                                                 WATER FOR LIVING. LLC
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4806352.1 -- N1702.3

# EXHIBIT A

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay A. Engle*

United States Register of Copyrights and Director



**Registration Number**

**TXu 2-143-107**

**Effective Date of Registration:**
May 31, 2019

---

### Title

Title of Work: CBDLiving.com Website

### Completion/Publication

Year of Completion: 2018

### Author

- **Author:** Water for Living LLC
  **Author Created:** text, photograph(s)
  **Work made for hire:** Yes
  **Domiciled in:** United States

### Copyright Claimant

Copyright Claimant: Water for Living LLC
E. Harrison St. Unit 100, Corona, CA, 92879, United States

### Certification

Name: Anderson J. Duff
Date: May 31, 2019

Correspondence: Yes

Page 1 of 1

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



Registration Number
## VAu 1-356-891
Effective Date of Registration:
May 31, 2019



United States Register of Copyrights and Director

## Copyright Registration for a Group of Unpublished Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(j)

Title _____

**Title of Group:** Photographs for Website and Marketing
**Number of Photographs in Group:** 286

- **Individual Photographs:** 01_2_1.jpg, 01-orange-cookies.jpg, 01-zkittles.jpg, 01.jpg, 02_1_2.jpg,
02_2.jpg, 02_3.jpg, 02_5.jpg, 02-1.jpg, 03_1_1.jpg, 03-gelato_1.jpg, 03-
oragne-cookies.jpg, 03-kittles.jpg, 03.jpg, 04_2.jpg, 04_3.jpg, 04_5.jpg, 04.jpg,
05_3.jpg, 05_3.jpg, 05_5.jpg, 2019_05_16_CBD_FULL_RES_SELECTS_6-
1400x793.jpg, am-syrup-grape.jpg, amber-2.jpg, amber.jpg, banner2-small.jpg,
bathbombs.jpg, berry_black_01.jpg, berry_black_02.jpg, berry_black_023.jpg,
blerry_black_04.jpg, blue-berry_01.jpg, blue-berry_02.jpg, blue-berry_03.jpg,
blue-berry_04.jpg, blue-berry_05.jpg, bubble-gum_01.jpg, bubbe-gum_02.jpg,
bubble-gum_03.jpg, bubble-gum_04-1.jpg, bubble-gum_04.jpg, bubble-
gum_05.jpg, CBD_Living_1000mg_E_Juice_Passion_Orange_Guava_frnt.jpg,
CBD_Living_1000mg_E_Juice_Passion_Orange_Guava_lft.jpg,
CBD_Living_1000mg_E_Juice_Passion_Orange_Guava-rt-1.jpg,
CBD_Living_1000mg_E_Juice_tropical_Blend_frnt.jpg,
CBD_Living_1000mg_E_Juice_tropical_Blend_lft.jpg,
CBD_Living_1000mg_E_Juice_tropical_Blend_rt.jpg,
CBD_Living_1000mg_E_Juice_Unflavored_frnt.jpg,
CBD_Living_1000mg_E_Juice_Unflavored_lft.jpg

- **Individual Photographs:** CBD_Living_1000mg_E_Juice_Unflavored_rt.jpg,
CBD_Living_1000mg_E_Juice_Watermelon_bubblegum_frnt.jpg,
CBD_Living_1000mg_E_Juice_Watermelon_bubblegum_lft.jpg,
CBD_Living_1000mg_E_Juice_Watermelon_bubblegum_rt.jpg,
CBD_Living_Infuser_Ball_3qtr_lft_prod-1.jpg,
CBD_Living_Infuser_Ball_3qtr_rt_prod.jpg, CBD_Living_Loose-
Leaf_Tea_Straw_3qtr_lft_prod.jpg, CBD_Living_Loose-
Leaf_Tea_Straw_back.jpg, CBD_Living_Silicone_Infuser_3qtr_lft_prod.jpg,
CBD_Living_Silicone_Infuser_3qtr_lft.jpg,
CBD_Living_Silicone_Infuser_back.jpg,
CBD_Living_Silicone_Infuser_rt.jpg,
CBD_Living_Tea_Infuser_3qtr_lft_Prod.jpg,
CBD_Living_Tea_Infuser_3qtr_rt_prod.jpg,
CBD_Living_Tea_Infuser_3qtr_rt.jpg, CBD-Water-Photos-by-Fox-and-Nug-
50-tall.jpg, chai_turmeric_01_1.jpg, chai_turmeric_01.jpg,
chai_turmeric_02_case.jpg, chai_turmeric_02.jpg, chai_turmeric_03_1.jpg,
chai_turmeric_03.jpg, chai_turmeric_04_1.jpg, chai_turmeric_04.jpg, cherry-
1.jpg, cherry-2.jpg, cherry-3.jpg, cherry-4.jpg, cherry-5.jpg, cherry-bag-1-

Page 1 of 3

1.jpg, cherry-bag-1.jpg, cherry-bag-2.jpg, cherry-rings-1.jpg, cherry-rings-2.jpg, cherry-rings-3.jpg, cherry-rings-4.jpg, chocolate-2_1.jpg, chocolate-3.jpg, chocolate-4.jpg, chocolate-5.jpg, chocolate.jpg, cinnamon_swirl_01.jpg, cinnamon_swirl_02.jpg, cinnamon_swirl_03.jpg, coconut_herbal_01.jpg, coconut_herbal_02.jpg, coconut_herbal_03.jpg, coconut_herbal_04.jpg, dark-chocolate-1.jpg, dark-chocolate-2.jpg

- **Individual Photographs:** dark-chocolate-3.jpg, dark-chocolate-4.jpg, dark-chocolate-422.jpg, eucalyptus-2.jpg, eucalyptus.jpg, freeze-1.jpg, freeze-2.jpg, freeze-3.jpg, freeze.jpg, gel-caps-3_2.jpg, gel-caps-3.jpg, gel-caps-5-2.jpg, gel-caps-5-3.jpg, gel-caps-5-22.jpg, gel-caps-5.jpg, gel-caps-30-2.jpg, gel-caps-30-3.jpg, gel-caps-30.jpg, grape-fruit_01.jpg, grape-fruit_02.jpg, grape-fruit_03.jpg, grape-fruit_04.jpg, grape-fruit_05.jpg, green-apple-bag-1.jpg, green-apple-bag-2.jpg, green-apple-1.jpg, green-apple-2.jpg, green-apple-3.jpg, green-apple-4.jpg, green-apple-5.jpg, green-apple-rings-1.jpg, green-apple-rings-2.jpg, green-apple-rings-3.jpg, green-apple-rings-4.jpg, gummies-2.jpg, gummies-3.jpg, gummies-4.jpg, gummies-sour-2.jpg, gummies-sour-3.jpg, gummies-sour-4.jpg, gummies-sour.jpg, gummies.jpg, img_1849_1.jpg, instant_matcha_01.jpg, instant_matcha_02.jpg, instant_matcha_03.jpg, instant_matcha_04.jpg, isolate_1_1.jpg, isolate_2_1.jpg, isolate_3_1.jpg

- **Individual Photographs:** isolate_4_1.jpg, isolate_5_1.jpg, isolate-bag-2.jpg, lavander-1.jpg, lavander.jpg, lemon-2.jpg, lemon.jpg, living-gummies-1.jpg, living-gummies-2.jpg, living-gummies-3.jpg, living-gummies-4_2.jpg, iving gummies-4.jpg, living-patch-1.jpg, living-patch-2_1.jpg, living-patch-2.jpg, living-patch-3_1.jpg, living-patch-3.jpg, living-patch-4_1.jpg, living-patch-4.jpg, living-patch-box_1.jpg, living-patch-creative_1.jpg, living-patch-open_1.jpg, lotion_01_1.jpg, lotion_01_2.jpg, lotion_01.jpg, lotion_02_1.jpg, lotion_02_2.jpg, lotion_02.jpg, lotion_03_1.jpg, lotion_03_2.jpg, mango_herbal_01.jpg, mango_herbal_02.jpg, mango_herbal_03.jpg, mango_herbal_04.jpg, natural_01.jpg, natural_02.jpg, natural_03.jpg, natural_05.jpg, passion_fruit_1.jpg, passion_fruit_2.jpg, passion_fruit_3.jpg, passion_green_01.jpg, passion_green_02-1.jpg, passion_green_02.jpg, passion_green_03.jpg, passion_green_04.jpg, patch_12.jpg, pet-caps-2-1.jpg, pet-caps-2.jpg, pet-caps-3.jpg

- **Individual Photographs:** pet-caps-4.jpg, pet-caps.jpg, pina_colada_1.jpg, pina_colada_2.jpg, pina_colada_3.jpg, shatter-bag-1.jpg, sleep-aid-cherry_1.jpg, sleep-aid-cherry-2_2.jpg, sleep-aid-cherry-3_2.jpg, sleep-aid-grape_1.jpg, sleep-aid-grape-2_2.jpg, sleep-aid-grape-3_2.jpg, soap-amber-1.jpg, soap-amber-2.jpg, soap-amber-3_1.jpg, soap-amber.jpg, soap-coconut-lime-1.jpg, soap-coconut-lime-2.jpg, soap-coconut-lime-3.jpg, soap-coconut-lime.jpg, soap-eucalyptus-1.jpg, soap-eucalyptus-3.jpg, soap-eucalyptus.jpg, soap-lavender-1.jpg, soap-lavender-2.jpg, soap-lavender-3.jpg, soap-lavender.jpg, sour-diesel_01.jpg, sour-diesel_02.jpg, sour-diesel_03.jpg, sour-diesel_04.jpg, sour-diesel_05.jpg, strawberry_cream_1_1.jpg, strawberry_cream_2.jpg, strawberry_cream_3.jpg, tangie_01.jpg, tangie_02.jpg, tangie_03.jpg, tangie_04.jpg, tangie_05.jpg, tincture_1_1_1.jpg, tincture_1_1.jpg, tincture_1.jpg, tincture-3_1_1_1.jpg, tincture-3_1_1.jpg, tincture-3_1.jpg, tincture-3.jpg, tincture-4_1_1.jpg, tincture-4_1_1.jpg, tincture-4_1.jpg

- **Individual Photographs:** tincture-4.jpg, tincture-250-1.jpg, tincture-250-2.jpg, tincture-250.jpg, tincture-500-1.jpg, tincture-500-2.jpg, tincture-500.jpg, tincture-750-2.jpg, tincture-750.jpg, tincture-1000-2_1.jpg, tincture-1000-2.jpg, tincture-1000.jpg, tincture.jpg, toffee_cream_1.jpg, toffee_cream_2.jpg, toffee_cream_3.jpg, tropical_blend_1.jpg, tropical_blend_2.jpg, tropical_blend_3.jpg, tshirt-royal-back_6.jpg, tshirt-royal-front_6.jpg, tshirt-white-back_7.jpg, tshirt-white-front_1_2.jpg, unflavored_1.jpg, unflavored_2.jpg, unflavored_3.jpg, vegan-



gummies-1.jpg, vegan-gummies-2.jpg, vegan-gummies-3.jpg, vegan-gummies-4.jpg, water_111sqr-1.png, water_111sqr.png, water_case_sqr.png, watermelon_bubblegum_1.jpg, watermelon_bubblegum_2.jpg, watermelon_bubblegum_3.jpg

## Completion/Publication

Year of Completion:   2018

## Author

- Author:   Water for Living LLC
  Author Created:   photographs
  Work made for hire:   Yes
  Domiciled in:   United States

## Copyright Claimant

Copyright Claimant:   Water for Living LLC
E. Harrison St., Unit 100, Corona, CA, 92879, United States

## Certification

Name:   Anderson J. Duff
Date:   May 31, 2019

Copyright Office notes:   Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of unpublished photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) are unpublished AND (b) were created by the same author AND (c) are owned by the same copyright claimant AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title and file name for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

# EXHIBIT B





## About Natural CBD Living water

Global scientists, business minds and thought leaders have come together to form CBD Living, an international, world-class company producing CBD (cannabidiol) products far superior to any other hemp-derived CBD product on the market.

Our team watched the global hemp industry develop by lab-testing claims on other company's products. We saw so many gaps between what people were advertising and the level of expertise that companies were bringing to the CBD extraction process, and recognized that we had an opportunity to push the envelope on the science of CBD.

The secret to our superior products lies in our use of nanotechnology, a unique manufacturing process that reduces CBD molecules into nano-sized droplets, without the addition of emulsifiers. The nanotechnology process allows for CBD to absorb into the body more efficiently. This proprietary technology increases the efficacy of the CBD by increasing its bioavailability up to 90 percent, delivering CBD directly to the CB1 and CB2 receptors of the body's endocannabinoid system.

## Established

*First established in 2013 and headquartered in Corona, California, CBD Living has a global reach for our products through our vast distribution in stores all over the world. Our products are organically grown in Colorado at a state-licensed hemp farm and extraction facility.*

CBD Living offers a vast array of products to meet different preferences and lifestyles. From CBD-infused water to capsules, soaps, bath bombs, patches, gummies and more, CBD Living brings sophistication and scientific rigor to the CBD extraction process, using our nanotechnology to deliver maximum benefit to the consumer, extractors and manufacturers are paid a fair wage above market rates. Our products are all fair trade, embracing our global values to advance employment and labor practices through the hemp CBD industry. Our products are never tested on animals.

 **DO YOU HAVE QUESTIONS?**
sales@naturalcbdliving.com

**NATIONWIDE SHIPPING**
We ship to all US states

 **EASY SECURE PAYMENTS**
VISA - MASTERCARD - AMEX - DISCOVER

## BE THE FIRST TO KNOW

Get all the latest information on Events, Sales and Offers.
Sign up for newsletter today.

Email Address

Subscribe

## CONTACT INFORMATION

Email: sales@naturalcbdliving.com

## MY ACCOUNT

About us
Contact us
My Account
Home
Privacy Policy
FDA Disclosure

## FDA DISCLOSURE

These Statements have not been evaluated by the FDA and are not intended to diagnose, treat or cure any disease. Always check with your physician before starting a new dietary supplement program.

## WORKING DAYS/HOURS

Mon – Sun / 9:00AM – 5:00PM

©2018 • Natural CBD Living • All Rights Reserved

# EXHIBIT C





HOME > SHOP > EDIBLES & DRINKS > GUMMIES





EDIBLES & DRINKS, GUMMIES
**Living Gummies**
$40.00

ADD TO CART

EDIBLES & DRINKS, GUMMIES
**Living Gummy Rings Bag Cherry 100mg**
$20.00

ADD TO CART

EDIBLES & DRINKS, GUMMIES
**Living Gummy Rings Bag Green Apple 100...**
$20.00

ADD TO CART







EDIBLES & DRINKS, GUMMIES
**Living Natural Gummies Bag**
$20.00

ADD TO CART

EDIBLES & DRINKS, GUMMIES
**Living Sour Gummies**
$40.00

ADD TO CART

EDIBLES & DRINKS, GUMMIES
**Living Sour Gummies Bag**
$20.00

ADD TO CART



EDIBLES & DRINKS, GUMMIES

**Living Vegan Gummies**

$46.00

- ADD TO CART

**DO YOU HAVE QUESTIONS?**
sales@naturalcbdliving.com

**NATIONWIDE SHIPPING**
We ship to all US states

**EASY SECURE PAYMENTS**
VISA - MASTERCARD - AMEX - DISCOVER

**BE THE FIRST TO KNOW**
Get all the latest information on Events, Sales and Offers.
Sign up for newsletter today.

Email Address          Subscribe          ☐   ☐

**CONTACT INFORMATION**

✉ Email: sales@naturalcbdliving.com

**MY ACCOUNT**

About us                    Home
Contact us                  Privacy Policy
My Account                  FDA Disclosure

**FDA DISCLOSURE**

These Statements have not been evaluated by the FDA and are
not intended to diagnose, treat or cure any disease. Always
check with your physician before starting a new dietary
supplement program.

**WORKING DAYS/HOURS**

Mon – Sun / 9:00AM – 5:00PM

©2018 • Natural CBD Living • All Rights Reserved

# EXHIBIT D

HOME › NEW PRODUCTS

July 28, 2019





Natural CBD Living offers a vast array of products to meet different preferences and lifestyles. From CBD-infused water to capsules, soaps, bath bombs, patches, gummies and more. Natural CBD Living brings sophistication and scientific rigor to the CBD extraction process, using our nanotechnology to deliver maximum benefit to the consumer. Extractors and manufacturers are paid a fair wage above market rates. Our products are all fair trade, embracing our global values to advance employment and labor practices through the hemp CBD industry. Our products are never tested on animals.

## Quick Buy

Choose from the most popular.

**Edible Gummies**   •••

Tinctures              ◑

Capsules              ▢

Living Freeze        ✳

Living Water          ◐

### Who does'nt love Gummies?

CBD Gummies are a convenient, delicious way to enjoy your daily dose of CBD. Each gummy is infused with 10mg of Nano-CBD (300mg Per Bottle) for maximum bioavailability. One bottle contains 30 gummies of various natural flavors including Cherry, Lime, Pineapple, Orange and Lemon. CBD Living Gummies are a great product for people who are on the go! Each gummy contains 10mg of CBD, so there is no guesswork when dosing.

Priced from $20 to $46 - Varied Sizes

*Clicking this button will open the Natural CBD Site



Site Map

Home

About Us

7/28/2019                                          New Products – My DFX

Team DFX                                      Products
Media                                         Testimonials

NOTIFICATIONS

Add email to be notified of events and upcoming promotions.

> your.address@email.com

We never spam!

GET IN TOUCH

**T (714) 630 0909**
Email: info@mydfxpro.com

DFX Sports & Fitness
1144 N. Grove Street Anaheim, CA 92806

📍 Open in Google Maps

© 2019 DFX Sport & Fitness LLC. All Rights Reserved.