**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: <br> S. CHRISTOPHER YOO, ESQ. \| SBN: 169442 <br> ALVARADOSMITH <br> 1 MACARTHUR PLACE, SUITE 200 <br> SANTA ANA, CA 92707 <br> TELEPHONE NO.: (714) 852-6800 \| FAX NO. (714) 852-6899 \| E-MAIL ADDRESS *(Optional)*: <br> ATTORNEY FOR *(Name)*: Plaintiff: WATER FOR LIVING, LLC | FOR COURT USE ONLY |
|---|---|

| UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA <br> STREET ADDRESS: 411 WEST FOURTH STREET, ROOM 1053 <br> MAILING ADDRESS: <br> CITY AND ZIP CODE: SANTA ANA, CA 92701 <br> BRANCH NAME: SOUTHERN DIVISION |
|---|

| PLAINTIFF/PETITIONER: WATER FOR LIVING, LLC, ETC. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: GFORCE CORPORATION D/B/A DFX SPORTS & FITNESS LLC, ETC., ET AL. | 8:19-cv-01575-JVS (JDEx) |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: N1702.3 |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☐ Summons
   b. ☒ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet
   e. ☐ Cross-complaint
   f. ☒ other *(specify documents)*: SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; INITIAL ORDER FOLLOWING FILING OF COMPLAINT ASSIGNED TO JUDGE SELNA; CERTIFICATION AND NOTICE OF INTERESTED PARTIES (LOCAL RULE 7.1-1); ORDER SETTING RULE 26(f) SCHEDULING CONFERENCE

3. a. Party served *(specify name of party as shown on documents served)*:
   **TOM SMITH, an individual**

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served: **1144 GROVE ST. ANAHEIM, CA 92806**

5. I served the party *(check proper box)*
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: (2) at *(time)*:

   b. ☒ **by substituted service.** On *(date)*: 08/30/2019 at *(time)*: 09:40 am I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:
   **"JANE DOE" (REFUSED NAME) - RECEPTIONIST**
   Age: 30's Weight: 180 Hair: Brown Sex: female Height: 5'4 Eyes: Race: Hispanic

   (1) ☒ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*: from *(city)*: or ☒ a declaration of mailing is attached.

   (5) ☒ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2
Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]
**PROOF OF SERVICE OF SUMMONS**
Code of Civil Procedure, § 417.10
POS010-1/2863858

| | |
|---|---|
| PETITIONER: WATER FOR LIVING, LLC, ETC. | CASE NUMBER:<br>8:19-cv-01575-JVS (JDEx) |
| RESPONDENT: GFORCE CORPORATION D/B/A DFX SPORTS & FITNESS LLC, ETC., ET AL. | |

   c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

      (1) on *(date)*:                               (2) from *(city)*:

      (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

      (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section)*:

      ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as occupant.
   d. ☐ On behalf of *(specify)*:
      under the following Code of Civil Procedure section:

      ☐ 416.10 (corporation)                      ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)              ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association)   ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)      ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)                       ☐ 415.46 (occupant)
                                                                          ☐ other:

7. **Person who served papers**
   a. Name: **FRANK HARRIGAN C/O Nationwide Legal, LLC  (12-234648)**
   b. Address: **200 W. Santa Ana Blvd., Suite 300  Santa Ana, CA 92701**
   c. Telephone number: **(714) 558-2400**
   d. **The fee** for service was: **$ 177.15**
   e. I am:

      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☒ registered California process server:
         (i) ☐ **owner**    ☐ **employee**    ☒ **independent contractor.**
         (ii) Registration No.: **1530**
         (iii) County: **ORANGE**

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **09/04/2019**

Nationwide Legal, LLC  (12-234648)
200 W. Santa Ana Blvd., Suite 300
Santa Ana, CA 92701
(714) 558-2400
www.nationwideasap.com

          **FRANK HARRIGAN**                    ▶      *[signature]*
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)    (SIGNATURE)

**Attorney or Party without Attorney:**
S. CHRISTOPHER YOO, ESQ., SBN: 169442
ALVARADOSMITH
1 MACARTHUR PLACE, SUITE 200
SANTA ANA, CA 92707
TELEPHONE No.: (714) 852-6800   FAX No. (Optional): (714) 852-6899
E-MAIL ADDRESS (Optional):

**Attorney for:** Plaintiff WATER FOR LIVING, LLC

Ref No. or File No.: N1702.3

FOR COURT USE ONLY

**Insert name of Court, and Judicial District and Branch Court:**
UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

**Plaintiff:** WATER FOR LIVING, LLC, ETC.
**Defendant:** GFORCE CORPORATION D/B/A DFX SPORTS & FITNESS LLC, ETC., ET AL.

# AFFIDAVIT OF REASONABLE DILIGENCE

| HEARING DATE: | TIME: | DEPT.: | CASE NUMBER: 8:19-cv-01575-JVS (JDEx) |
|---|---|---|---|

I, FRANK HARRIGAN, declare: I am a Registered Process Server and was retained to serve process in the above-referenced matter on the following person or entity: TOM SMITH, an individual as follows:

**Documents:**
COMPLAINT;SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; INITIAL ORDER FOLLOWING FILING OF COMPLAINT ASSIGNED TO JUDGE SELNA; CERTIFICATION AND NOTICE OF INTERESTED PARTIES (LOCAL RULE 7.1-1); ORDER SETTING RULE 26(f) SCHEDULING CONFERENCE

I attempted personal service on the following dates and times with the following results:

| Date | Time | Results |
|---|---|---|
| 08/28/2019 | 11:30 am | The given address requires you to get buzzed in. When asking for the subject, the receptionist stated he wasn't in today. No further information was given. at: (Business) - 1144 GROVE ST., ANAHEIM, CA 92806 |
| 08/29/2019 | 04:05 pm | Per the receptionists the subject was not in today. No one was authorized to accept on their behalf. at: (Business) - 1144 GROVE ST., ANAHEIM, CA 92806 |
| 08/30/2019 | 09:40 am | "Jane Doe" came to the door. I announced service upon her and slipped the documents through the mail slot for her. at: (Business) - 1144 GROVE ST., ANAHEIM, CA 92806 |

NATIONWIDE LEGAL

County: **ORANGE**
Registration No.: **1530**
**Nationwide Legal, LLC  (12-234648)**
**200 W. Santa Ana Blvd., Suite 300**
**Santa Ana, CA 92701**
**(714) 558-2400**
**www.nationwideasap.com**

I declare under penalty of perjury that the foregoing is true and correct.  This declaration was executed on 09/04/2019.

Signature: _____
FRANK HARRIGAN

AFFIDAVIT OF REASONABLE DILIGENCE

Order#: 2863858/DilFormat.mdl

| Attorney or Party without Attorney:<br>S. CHRISTOPHER YOO, ESQ., SBN: 169442<br>ALVARADOSMITH<br>1 MACARTHUR PLACE, SUITE 200<br>SANTA ANA, CA 92707<br>TELEPHONE No.: (714) 852-6800   FAX No. (Optional): (714) 852-6899 | E-MAIL ADDRESS (Optional): | FOR COURT USE ONLY |
|---|---|---|
| Attorney for: Plaintiff WATER FOR LIVING, LLC | Ref No. or File No.:<br>N1702.3 | |

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

Plaintiff: WATER FOR LIVING, LLC, ETC.

Defendant: GFORCE CORPORATION D/B/A DFX SPORTS & FITNESS LLC, ETC., ET AL.

| PROOF OF SERVICE BY MAIL | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>8:19-cv-01575-JVS (JDEx) |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the COMPLAINT;SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; INITIAL ORDER FOLLOWING FILING OF COMPLAINT ASSIGNED TO JUDGE SELNA; CERTIFICATION AND NOTICE OF INTERESTED PARTIES (LOCAL RULE 7.1-1); ORDER SETTING RULE 26(f) SCHEDULING CONFERENCE

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Santa Ana, California, addressed as follows:

   a. Date of Mailing:          August 30, 2019
   b. Place of Mailing:         Santa Ana, California
   c. Addressed as follows:     TOM SMITH, an individual
                                1144 GROVE ST.
                                ANAHEIM, CA 92806

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at Santa Ana, California in the ordinary course of business.

Fee for Service: $ 177.15

NATIONWIDE LEGAL, LLC (12-234648)
200 W. Santa Ana Blvd., Suite 300
Santa Ana, CA 92701
(714) 558-2400
www.nationwideasap.com

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on September 4, 2019.

Signature: _____
JACQUELINE ORTIZ

PROOF OF SERVICE BY MAIL

Order#: 2863858/mailproof