S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@AlvaradoSmith.com
JACOB M. CLARK (CA Bar No. 266630)
jclark@AlvaradoSmith.com
ALVARADOSMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel: (714) 852-6800
Fax: (714) 852-6899

Anderson J. Duff (*pro hac vice*)
Anderson@revisionlegal.com
Revision Legal, PLLC
244 Fifth Avenue Suite 2230
New York, New York 10001
(Tel) (212) 996.4103
(Fax)(212) 996.5863

Attorneys for Plaintiff
WATER FOR LIVING, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WATER FOR LIVING, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>GFORCE CORPORATION d/b/a DFX SPORTS & FITNESS LLC, a Nevada corporation; CENTURY TREE SERVICE, INC., a California corporation; and TOM SMITH, an individual in California,<br><br>Defendants. | CASE NO.: 8:19-cv-01575-JVS-JDE<br><br>**JUDGE:** Honorable James V. Selna<br><br>**DECLARATION OF ANDERSON J. DUFF IN SUPPORT OF PLAINTIFF WATER FOR LIVING, LLC'S APPLICATION FOR ENTRY OF DEFAULT AGAINST GFORCE CORPORATION D/B/A DFX SPORTS & FITNESS LLC** |

I, Anderson J. Duff, state as follows:

1. I am an attorney of record for Plaintiff Water for Living, LLC ("Water") in the above-captioned matter, and I am familiar with the relevant file, records, and pleadings.

2. Water's Complaint was filed on August 15, 2019. (ECF No. 1.)

3. Defendant Gforce Corporation d/b/a DFX Sports & Fitness LLC ("Gforce") was served on August 28, 2019. (ECF No. 22.) The response was due September 18, 2019.

4. Defendants Century Tree Service, Inc. ("Century") and Floyd T. Smith ("Smith") filed a joint Answer on September 17, 2019. (ECF No. 25.)

5. During the meet and confer, counsel for Defendants Century and Smith stated that Defendant Gforce is out of business and dissolving. This representation is included in the parties Joint Rule 26(f) Report. (ECF No. 28, 2:5-9.)

6. To date, no attorney has appeared on Defendant Gforce's behalf, and Gforce has not responded to Water's Complaint.

I declare under penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C. § 1746.

DATED: October 16, 2019

Respectfully submitted,

By: _____
Anderson J. Duff
REVISION LEGAL, PLLC
244 5th Ave. Ste. 2230
New York, New York
(t) 212.996.4103
(f) 212.996.5863

S. Christopher Yoo
Jacob M. Clark
ALVARADOSMITH
A Professional Corporation
1 MacArthur Place, Ste. 200
(t) 714.852.6800
(f) 714.852.6899

*Attorneys for Plaintiff*
*Water for Living, LLC*

**CERTIFICATE OF SERVICE**

I, Anderson J. Duff, hereby certify that on this 16th day of October 2019, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing, which transmits a Notice of Electronic Filing to all CM/ECF registrants in this action.

_____
Anderson J. Duff